STATE of Missouri, Respondent,

v.

Joseph S. BAKER, Appellant.

No. WD 49822.

Missouri Court of Appeals,
Western District.

June 13, 1995.

Douglas Hennon, Jefferson City, for appellant.

Robert Russell, Asst. Pros. Atty., Cole County, Jefferson City, for respondent.

Before HANNA, P.J., and BERREY and SPINDEN, JJ.

### ORDER

PER CURIAM.

Joseph S. Baker appeals his conviction of driving while intoxicated, a class B misdemeanor. We affirm the judgment of conviction. Because we do not discern any jurisprudential value in publishing an opinion, we issue this summary order. Rule 30.25(b).